**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ABEL MANI TLAHUEL,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No. 2:25-cv-10878-AB (PVC)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody, the records on file, and the Report and Recommendation ("Report") of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made.

In this immigration detention matter, Petitioner challenges the adequacy of his December 1, 2025, bond hearing. (Dkt. No. 11.) The Report recommends rejecting Respondents' argument that this case is moot and ordering a response to the Petition. (Dkt No. 18.) Respondents' objections to the Report do not merit a different result.

Respondents object that Petitioner has not exhausted his administrative remedies in challenging the immigration judge's denial of his requests for bond.

(Dkt. No. 19 at 2-4.) This is an argument that Respondents may present in their response to the Petition. It is not a ground to dismiss the case for mootness.

Respondents object that any defect with the December 1, 2025, bond hearing has since been remedied by Petitioner receiving another bond hearing on April 13, 2026. (Dkt. No. 19 at 4-5.) Respondents have not persuasively shown that the provision of a subsequent hearing renders Petitioner's challenge to his earlier hearing moot. "[A] subsequent hearing does not necessarily cure defects that occurred at a prior hearing." *Hodge v. Carey*, 2007 WL 163247, at *3 (E.D. Cal. Jan. 18, 2007).

It is ordered that (1) the Report and Recommendation is accepted and adopted; (2) the case is not moot; (3) Respondents will file a response to this Petition within seven days; and (4) Petitioner is granted leave to file a traverse within seven days of Respondents' response.

DATED: August 20, 2026

HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE